NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYAN DEAN McDOWELL,              )
                                  )
            Appellant,            )
                                  )
v.                                )         Case No. 2D18-559
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

             Affirmed.

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.